UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00614-FDW
(3:17-cr-00134-FDW-DSC-17)

| | |
|---|---|
| JAMES WALTER DOWDLE, ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) ) | ORDER |

**THIS MATTER** is before the Court sua sponte on the Fourth Circuit's grant of a certificate of appealability in United States v. Taylor, No. 19-7616, on the issue of whether attempted Hobbs Act robbery constitutes a predicate "crime of violence" for purposes of 18 U.S.C. § 924(c).

**IT IS HEREBY ORDERED** that Petitioner's motion to vacate sentence pursuant to 28 U.S.C. § 2255 is held in abeyance pending the decision of the Fourth Circuit in Taylor, No. 19-7616. Petitioner shall file a Supplemental Memorandum on Petitioner's motion to vacate within forty-five (45) days of the Taylor decision.

Signed: June 29, 2020

Frank D. Whitney
United States District Judge